# 1072·15

GRANT 2 PAGES
Judge Bert Richardson
10/23/15 WITH PERMISSION

TRIAL COURT NO. CR20713-B ; COA CAUSE NO. 11-11-00077-CR

PD-1072-15      ;      CCRA NO. WR-81,202-02

| | | |
|---|---|---|
| EX PARTE JOEL RAMIREZ | § | TEXAS COURT OF CRIMINAL APPEALS |
| | § | FILED IN |
| | § | COURT OF CRIMINAL APPEALS |
| | § OF | |
| | § | OCT 22 2015 |
| | § | |
| | § | Abel Acosta, Clerk |
| | § TRAVIS COUNTY, AUSTIN TEXAS | |

## MOTION TO EXTEND NUMBER OF PAGES ON PDR

TO THE HONERABLE JUDGE OF SAID COURT;

COMES NOW, JOEL RAMERIZ, HEREIN STYLED APPELLANT IN THE FOLLOWING MOTION AND RESPECTFULLY ASKS THIS COURT TO WAIVE TRAP 68.5 SHOWING THE REASON SHOWN HEREIN.

### I.

APPELLANT IS A LAYMAN OF LAW UNSKILLED IN THE DRAFTING OF WRITS, MOTIONS, AND OTHER PLEADINGS TO THIS COURT AND ASKS THE COURT TO CONSTRUE ALL PLEADINGS LIBERALLY.

ACCORDING TO TRAP 68.5 CLEARLY STATES THE PETITION MUST BE NO LONGER THAN 15 PAGES. APPELLANT

(1)

ASSERTS HIS PDR WILL CONTAIN (5) FIVE POINTS OF ERROR WITH GROUND OF ERROR #5 NOT ALLOWED FOR REVIEW BECAUSE APPELLATE COUNSEL, MR. RUDY TAYLOR 205 CENTER AVENUE, BROWNWOOD TEXAS 76801 FOR SOME REASON OR ANOTHER DID NOT ARGUE THIS POINT.

APPELLANT AGAIN ASSERTS HE IS A LAYMAN OF LAW AND POSSIBLE MAY NEED MORE SPACE TO ARGUE HIS GROUNDS OF ERROR.

## PRAYER

WHEREFORE PREMISES CONSIDERED, APPELLANT RESPECTFULLY REQUEST THIS MOTION IN ALL THINGS BE GRANTED.

RESPECTFULLY SUBMITTED

JOEL RAMIREZ #1699615
ESTELLE UNIT
264 F.M. 3478
HUNTSVILLE TEXAS 77320

## Declaration

I, JOEL RAMIREZ, TDCJ-ID #1699615, BEING APPELLANT AND PRESENTLY INCARCERATED IN THE ESTELLE UNIT OF TDCJ-ID IN WALKER COUNTY, TEXAS, DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE AND FOREGOING MOTION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SWORN TO THIS 16TH DAY OF OCTOBER 2015.

JOEL RAMIREZ # 1699615

## Certificate of Service

I, JOEL RAMIREZ, TDCJ-ID #1699615, BEING APPELLANT HEREIN CERTIFY THAT THE ORIGINAL OF THIS MOTION HAS BEEN MAILED TO THE CLERK OF THE COURT, TEXAS COURT OF CRIMINAL APPEALS, P.O. BOX 12308, CAPITAL STATION, AUSTON TEXAS 78711. BY PLACING THE SAME IN THE UNITED STATES POSTAL MAIL POSTAGE PRE-PAID ON THIS 16TH DAY OF OCTOBER, 2015.

JOEL RAMIREZ, #1699615